IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

KAREN C. RANDALL                                                              PLAINTIFF

vs.                                    Civil No. 1:18-cv-01003

NANCY A. BERRYHILL                                                           DEFENDANT
**Acting Commissioner, Social Security Administration**

## JUDGMENT

Comes now the Court on this the 5th day of February 2019, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE